115 P.3d 148

# SUPREME COURT OF HAWAI'I

State v. Gomes ................... 26466     06/22/2005  Denied     107 Hawai'i 308, 113 P.3d 184